**IN THE MATTER OF THE PETITION**
**FOR REINSTATEMENT OF**
**SCOTT BRIAN BLUMENFELD**
**TO THE BAR OF MARYLAND**

\*    **IN THE**

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 60**

\*    **September Term, 2020**

# O R D E R

Upon consideration of the Petition for Reinstatement to the Bar of Maryland, Bar Counsel's Response to Verified Petition for Reinstatement, and Petitioner's Reply to Bar Counsel's Response to Verified Petition for Reinstatement and Request for Oral Argument, filed in the above-captioned case, it is this 9th day of July, 2021,

**ORDERED**, by the Court of Appeals of Maryland, a majority concurring, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED**, that Scott Brian Blumenfeld is reinstated as a member of the Bar of Maryland, subject to his successful completion of a period of probation beginning on the date of this Order and ending on April 15, 2022; and it is further

**ORDERED**, that, pursuant to Maryland Rule 19-752(j)(11), as a condition of probation, no later than January 14, 2022, Scott Brian Blumenfeld shall either: (1) have fully paid all taxes, interest, and penalties that he owes to the Internal Revenue Service ("IRS") as of the date of this Order; or (2) have entered into a formal payment plan with the IRS with respect to all taxes, interest, and penalties that he owes to the IRS as of the date of this Order; and it is further

**ORDERED**, that, as a further condition of probation, if Scott Brian Blumenfeld enters into a payment plan with the IRS in satisfaction of the condition set forth in the preceding paragraph, that he shall fully comply with the terms of such payment plan during the remainder of his period of probation; and it is further

**ORDERED**, that no later than April 29, 2022, Scott Brian Blumenfeld shall provide to Bar Counsel proof of compliance with the conditions set forth in the preceding two paragraphs; and it is further

**ORDERED**, that, as a further condition of probation, Scott Brian Blumenfeld shall, no later than the 15th day of every month beginning in August 2021, and continuing through April 2022, provide Bar Counsel with a copy of the monthly statement for each attorney trust account and law firm operating account for which he has signature authority or over which he otherwise exercises any control; and it is further

**ORDERED** that, as a further condition of probation, Scott Brian Blumenfeld shall fully comply with all requests for information from Bar Counsel concerning his practice of law; and it is further

**ORDERED** that the Clerk of the Court shall replace the name Scott Brian Blumenfeld upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk